1

2

3                    UNITED STATES  DISTRICT COURT

4                    Northern District of California

5

6    HOWARD DIXON                                No. C 11-05217 MEJ

7                        Plaintiff(s),           **ORDER DIRECTING PLAINTIFF TO**
            v.                                   **FILE CONSENT/DECLINATION**
8    SAN FRANCISCO POLICE DEPARTMENT             **FORM**

9
                         Defendant(s).
10   _____/

11

12         Pending before the Court is Plaintiff's in forma pauperis application.  Upon review of the

13   record in this action, the Court notes that Plaintiff has not filed a written consent to magistrate judge

14   jurisdiction.  This civil case was randomly assigned to the undersigned magistrate judge for all

15   purposes including trial.  In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district

16   court are designated to conduct any and all proceedings in a civil case, including trial and entry of

17   final judgment, upon the consent of the parties.  An appeal from a judgment entered by a magistrate

18   judge may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same

19   manner as an appeal from any other judgment of a district court.

20         You have the right to have your case assigned to a United States District Judge for trial and

21   disposition.  Accordingly, Plaintiff shall inform the Court, by way of the enclosed form, whether he

22   consents to magistrate judge jurisdiction or requests reassignment to a United States District Judge

23   for trial.  The consent/declination form shall be filed by November 15, 2011.

24         **IT IS SO ORDERED.**

25   Dated: October 31, 2011

26                                               _____
                                                 Maria-Elena James
27                                               Chief United States Magistrate Judge

28

*UNITED STATES DISTRICT COURT*
*For the Northern District of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOWARD DIXON                                          No. C 11-05217 MEJ

        Plaintiff(s),

  vs.

SAN FRANCISCO POLICE DEPARTMENT

        Defendant(s).
_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby

consents to have a United States Magistrate Judge conduct any and all further proceedings in this

case, including trial, and order the entry of final judgment, and voluntarily waives the right to

proceed before a United States District Judge.


Dated:_____           Signed by:_____

                                      Counsel for:_____


**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United

States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to

a United States District Judge.


Dated:_____           Signed by:_____

                                      Counsel for:_____

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HOWARD DIXON                                       Case Number: 11-05217 MEJ

           Plaintiff,                          **CERTIFICATE OF SERVICE**

  v.

SAN FRANCISCO POLICE DEPARTMENT

           Defendant.
                                        /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 31, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Howard Dixon
2363 Grande Vista Place
Oakland, CA 94621

Dated: October 31, 2011

                                  Richard W. Wieking, Clerk
                                  By: Brenda Tolbert, Deputy Clerk

UNITED STATES DISTRICT COURT
For the Northern District of California

3