UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| HOWARD DIXON,<br><br>　　　　　　　Plaintiff,<br>　v.<br>SAN FRANCISCO POLICE DEPARTMENT,<br>　　　　　　　Defendants.<br>_____/ | No. C 11-05217 MEJ<br><br>**ORDER TO SHOW CAUSE** |

　　　On October 25, 2011, Plaintiff Howard Dixon filed the above-captioned complaint, as well as an application to proceed in forma pauperis. On October 31, 2011, the Court ordered Plaintiff to either consent or decline magistrate jurisdiction by November 15, 2011. (Dkt. No. 4.) Because Plaintiff failed to comply with this deadline, the Court again ordered Plaintiff to consent or decline, with a new deadline of November 28, 2011. (Dkt. No. 6.) Plaintiff failed to respond.

　　　Based on Plaintiff's inaction, the Court hereby ORDERS Plaintiff Howard Dixon to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by December 8, 2011. If Plaintiff files a responsive declaration, the Court shall either issue an order based on the declaration or conduct a hearing on December 22, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. If Plaintiff fails to file a responsive pleading, Plaintiff is hereby informed that the Court may dismiss the case without a hearing. Thus, it is imperative that Plaintiff file a written response by the deadline above.

　　　**IT IS SO ORDERED.**

Dated: November 29, 2011

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

HOWARD DIXON,

        Plaintiff,

v.

SAN FRANCISCO POLICE DEPARTMENT,

        Defendant.

Case Number: 11-05217 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 29, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Howard Dixon
2363 Grande Vista Place
Oakland, CA 94621

Dated: November 29, 2011

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk