*E-Filed 2/10/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HOWARD DIXON,

      Plaintiff,

v.

SAN FRANCISCO POLICE DEPARTMENT, et al.,

      Defendants.

_____/

No. C 11-05217 RS

**ORDER TO SHOW CAUSE**

    Plaintiff failed to appear at the case management conference held on February 9, 2012. In light of this failure, the parties are ordered to appear on **April 5, 2012**, **at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed for failure to prosecute, or in the event this showing is made, why plaintiff has not provided initial disclosures. Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 2/10/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C
ORDER