**\*\*E-filed 4/6/12\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HOWARD DIXON,

        Plaintiff,

  v.

SAN FRANCISCO POLICE DEPARTMENT, *et al.*,

        Defendants.

_____/

No. C 11-05217 RS

**ORDER OF DISMISSAL**

Plaintiff in this action failed to comply with this Court's order to show cause why the case should not be dismissed for failure to prosecute, and did not appear at the hearing as directed. (Dkt. No. 21). The case is therefore dismissed without prejudice.

IT IS SO ORDERED.

Dated: 4/5/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE